FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2013 APR 26 A 10 54
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SYLVESTER BRANTLEY,

    Petitioner,

v.                                           CIVIL ACTION NO.: CV212-199

SUZANNE HASTINGS,

    Respondent.

## ORDER

Petitioner Sylvester Brantley ("Brantley"), who is currently incarcerated at the Federal Correctional Institution in Jesup, Georgia, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondent filed a Response. Not long after Respondent filed her Response, the Eleventh Circuit Court of Appeals issued its majority opinion in Williams v. Warden, Fed. Bureau of Prisons, No. 11-13306 (11th Cir. Apr. 11, 2013). Respondent is directed to advise the Court within ten (10) days of this Order whether she wishes to stand on her original Response or if she wishes to revise her Response in light of the Williams decision. Brantley will have ten (10) days after Respondent's response to this Order to file any additional pleadings on his behalf.

SO ORDERED, this 26th day of April, 2013.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)