IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SYLVESTER BRANTLEY,

    Petitioner,

v.

    CIVIL ACTION NO.: CV212-199

SUZANNE HASTINGS,

    Respondent.

## O R D E R

Petitioner Sylvester Brantley ("Brantley") mailed a letter to the Court and informed the Court of the decisions in Spencer v. United States, ___ F.3d ___, 2013 WL 4106367 (11th Cir. Aug. 15, 2013), and Miller v. United States, ___ F.3d ___, 2013 WL 441547 (4th Cir. Aug. 21, 2013). Respondent is directed to submit any desired argument or response to the contentions Brantley raises in this letter, as well as in his Objections to the undersigned's Report and Recommendation. The Court is particularly interested in whether Respondent asserts that Brantley is entitled to relief pursuant to one or both of these cases, particularly in light of Respondent's earlier position that only two (2) of Brantley's previous convictions are qualifying felony convictions and he should be resentenced, (Doc. No. 14), and Williams v. Warden, Fed. Bureau of Prisons, 713 F.3d 1332 (11th Cir. 2013). In addition, should Respondent determine that Brantley should be resentenced, and the Court agrees, Respondent shall advise the Court whether Brantley is entitled to relief pursuant to 28 U.S.C. § 2241 in this Court or

whether he should seek relief pursuant to 28 U.S.C. § 2255 in the Middle District of Florida. Respondent shall have twenty (20) days to file any desired Response.

**SO ORDERED**, this 30th day of September, 2013.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE