IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SYLVESTER BRANTLEY,

    Petitioner,

v.         CIVIL ACTION NO.: CV212-199

SUZANNE HASTINGS,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Sylvester Brantley ("Brantley") filed Objections and a letter addressed to the undersigned, which is also construed as part of Brantley's Objections. In light of Brantley's Objections, Magistrate Judge James E. Graham directed Respondent to file a Response by Order dated September 30, 2013. (Doc. No. 25). Respondent filed her Response.

In Spencer v. United States, 727 F.3d 1076, 1080 (11th Cir. 2013), the Eleventh Circuit Court of Appeals held "that a defendant who unsuccessfully raised a career offender issue at both sentencing and on direct appeal can use a timely-filed first motion under 28 U.S.C. § 2255 to pursue the same issue when an intervening case from the Supreme Court validates his argument and applies retroactively." Brantley is not entitled to his requested relief from this Court, as he has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and not a section 2255 motion in the

district of conviction. Likewise, the Fourth Circuit Court of Appeals' decision in <u>Miller v. United States</u>, 735 F.3d 141 (4th Cir. 2013), does not entitle Brantley to his requested relief in this Court. <u>Miller</u> concerned relief requested pursuant to § 2255.

Brantley's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Brantley's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 17 day of December, 2013.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)